

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-16-00019-CV

| | | |
|---|---|---|
| Cherie Allen | § | From the 236th District Court |
| | § | of Tarrant County (236-282171-15) |
| v. | | |
| | § | March 3, 2016 |
| City of Fort Worth and Tarrant County District Clerk's Office | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth_____
      Justice Bonnie Sudderth